**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------X
DENNIS MAURER,

                              Plaintiff,

       v.

GL QICHEN INVESTMENT LTD,

                              Defendants.
-------------------------------------X

Case No: 1:20-cv-20028-RMB-KMW

**LOCAL CIVIL RULE 7.1.1 STATEMENT**

      Pursuant to Rule 7.1.1 of The Local Civil Rules of the United States District Court for the District of New Jersey, GL QICHEN INVESTMENT LTD ("Defendant"), by its undersigned attorneys, hereby states that no person or entity that is not a party is providing funding for some or all of Defendant's attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: July 8, 2021
      Flushing, NY

                                              HANG & ASSOCIATES, PLLC.

                                                s/ *Ge Qu*
                                               Ge Qu, Esq.
                                               136-20 38th Ave. Suite 10G
                                             Flushing, New York 11354
                                             Tel:(718) 353-8588
                                             Email: rqu@hanglaw.com
                                             *Attorneys for Defendant*