UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : Case No. 1:20-cv-20028-RMB-KMW |
| GL QICHEN INVESTMENT LTD, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, GL QICHEN INVESTMENT LTD, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St.
Vineland, NJ 08360
Tel (609) 319-5399
Fax (314) 898-0423
js@shadingerlaw.com
*Attorney for Plaintiff*

Dated: 7/7/21

Ge Qu, Esq.
Hang and Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
Tel (718) 353-8588
Fax (718) 353-6288
rqu@hanglaw.com
*Attorney for Defendant*